**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| MARK RING, | : No. 143 MAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| FRANK W. NOCITO, ESQ., JOSEPH M. | : |
| NOCITO, ESQ., THE NOCITO LAW | : |
| OFFICES, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

AND NOW, this 30th day of July, 2014, the Petition for Allowance of Appeal is

DENIED.